IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY G. JOURNEY,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>PETE RICKETTS, Governor; NEBRASKA MENTAL HEALTH BOARD, BUFFALO COUNTY MENTAL HEALTH BOARD, AARON BISHOP, (counsel); STEPHEN LOWE, MICHAEL LAWSON, RICHARD BEECHER, KARI R. FISK, NORFOLK REGIONAL CENTER, JOHN H. MARSH, Judge; TROY KEITH, TAMMY JACKSON, ANTONIO HANIGAN-SCHUTZ, TONY CRUZ, CATHY SHEAIR, JEFF MELVIN, Dr.; JOHN KROLL, RN; CRYSTAL BO SIMMONS, JULIE REDWING, TOM BARR, Dir. of N.R.C. Administrators, Norfolk Regional Centers; and AMANDA HOLMGREEN,<br><br>　　　　　Respondents. | 8:20CV40<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　　Petitioner filed what the court construes as a Petition for Writ of Habeas Corpus (filing no. 1) pursuant to 28 U.S.C. § 2254 and a Motion for Leave to Proceed in Forma Pauperis ("IFP") (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in his IFP motion, leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 27th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge